```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA             :
                                     :   1:24-CR-00205-NRB-1
    -against-                        :
                                     :   ORDER
Curtis Priester                      :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Naomi Reice Buchwald, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition, mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
April 17, 2024

SO ORDERED:

*[signature]*

Naomi Reice Buchwald
United States District Judge