Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 135 Prospect Street<br>Ridgewood, NJ 07450 | 299 Broadway, Suite 800<br>New York, NY 10007 |

September 4, 2024

Hon. Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    U.S. v. Curtis Priester, 24 Cr. 205 (NRB)

Dear Judge Buchwald:

    I am defense counsel for Curtis Priester, who is scheduled for sentencing on September 17, 2024. Because I will be on trial before the Hon. Philip M. Halpern on that date, I respectfully request a three-week adjournment. AUSA Jerry Fang informs me that he has no objection to this application.

                            Sincerely,

                            Donald Yannella, Esq.

```
Application granted.  Sentencing
will be held on October 10, 2024
at 11:00 a.m.  So ordered.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:    September 5, 2024
          New York, New York
```