Application granted.
SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Date: November 1, 2024
New York, New York

Law Offices of
## Donald J. Yannella
A NY Professional Corporation
Email:  **nynjcrimlawyer@gmail.com**
Tel:  (212) 226-2883
Fax:  (646) 430-8379

| | |
|---|---|
| 135 Prospect Street<br>Ridgewood, NJ  07450 | 299 Broadway, Suite 800<br>New York, NY  10007 |

October 31, 2024

Hon. Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY  10007

      Re:    U.S. v. Curtis Priester, 24 Cr. 205 (NRB)

Dear Judge Buchwald:

      I am defense counsel for Curtis Priester, who was sentenced to a term of nine months' imprisonment.  He is awaiting designation by the United States Bureau of Prisons.

      I respectfully request that Mr. Priester's travel restrictions be amended to permit travel to Columbia, South Carolina for the Thanksgiving holiday, to spend time with family.  The proposed dates of travel are November 24, 2024, to December 1, 2024.

      United States Pretrial Service Officer Taelor Nisbeth informs me that she has no objection to this application.  AUSA Jerry Fang informs me that he has no objection to the application so long as Mr. Priester provides his itinerary in advance to Pretrial and also checks in with Pretrial before and after the trip.

      Thank you for your courtesy and attention to this matter.

                             Sincerely,

                              /s/

                              Donald Yannella, Esq.