Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  **299 Broadway, Suite 800**
**Ridgewood, NJ 07450**  **New York, NY 10007**

December 10, 2024

Hon. Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

*ENDORSEMENT*

*Defendant Priester's surrender date is adjourned until January 24, 2025. So Ordered.*

*Naomi Reice Buchwald, USDJ*
*12/10/24*

Re: U.S. v. Curtis Priester, 24 Cr. 205 (NRB)

Dear Judge Buchwald:

I am defense counsel for Curtis Priester, who was sentenced to a term of nine months' imprisonment. He has been designated to Fort Dix with a surrender date of December 24, 2024.

Mr. Priester respectfully requests that his surrender date be adjourned by thirty days to allow him to get his affairs in order, such as making arrangements for his apartment and vehicle. Mr. Priester learned of this surrender date last week, and he does not anticipate having enough time to make arrangements by the current surrender date.

Additionally, additional time is necessary to confirm that the designated facility (not Otisville as recommended) has the medications and ability to address Mr. Priester's medical needs. Inquiries on this topic have already been made.

United States Pretrial Service Officer Taelor Nisbeth and AUSA Jerry Fang both inform me that they have no objection to this application.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald Yannella, Esq.