Law Offices of
# Donald J. Yannella
A NY Professional Corporation  
Email: nynjcrimlawyer@gmail.com  
Office phone: (212) 226-2883  
Mobile phone: (917) 549-6818

**NJ address:**　　　　　　　　　　　　　　　　　　　　　　　**NY address:**  
135 Prospect Street　　　　　　　　　　　　　　　　　　　　52 Duane Street, 7th floor  
Ridgewood, NJ  07450　　　　　　　　　　　　　　　　　　　New York, NY  10007

February 28, 2025

Hon. Naomi Reice Buchwald  
United States District Judge  
500 Pearl Street  
New York, NY  10007

>  Defendant's application for the return of his passport is granted.
>
>  SO ORDERED.
>
>  /s/ Naomi Reice Buchwald
>  NAOMI REICE BUCHWALD
>  UNITED STATES DISTRICT JUDGE
>
>  Dated:　New York, New York
>  　　　　March 4, 2025

　　　Re:　U.S. v. Curtis Priester, 24 Cr. 205 (NRB)

Dear Judge Buchwald:

　　　I am defense counsel for Curtis Priester, who is currently serving his term of imprisonment at FCI Fort Dix.

　　　With the consent of United States Pretrial Services Officer Taelor Nisbeth, I respectfully request that Your Honor order Pretrial Services to release Mr. Priester's passport, which he surrendered as a condition of release.

　　　AUSA Jerry Fang informs me that the Government has no objection to this request.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　Donald Yannella, Esq.

Taelor Nisbeth, U.S. Probation Officer  
Jennifer Rose, U.S. Pretrial Officer